# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00732-CV

**Atheer Ammanuel Hanna and Babylon Transportation, Inc., Appellants**

**v.**

**Medstar Funding, LLC, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
### NO. D-1-GN-14-001432, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants and appellee have filed an agreed motion to dismiss the appeal, explaining that the issues in their discovery dispute are now moot because the underlying lawsuit pending in Hunt County has settled. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Cindy Olson Bourland, Justice

Before Justices Puryear, Pemberton, and Bourland

Dismissed on Agreed Motion

Filed: December 17, 2015